UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

   v.                                  Case No. 13-CR-109

MARSHALL D. TOURTILLOT,

       Defendant.

## ORDER DELAYING REPORT DATE

On January 31, 2020, Defendant Marshall D. Tourtillot was revoked and sentenced to 30 days in jail to commence on April 9, 2020. Due to the current COVID-19 virus conditions in the state, the court hereby STAYS the jail sentence imposed upon revocation of supervision until further order of the court.

SO ORDERED at Green Bay, Wisconsin this 27th day of March, 2020.

                                              s/ William C. Griesbach
                                              William C. Griesbach, District Judge
                                              United States District Court